MORGAN, LEWIS & BOCKIUS LLP
ERIC MECKLEY (SBN 168181)
eric.meckley@morganlewis.com
THERESA MAK (SBN 211435)
theresa.mak@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:     415.442.1000
Facsimile:      415.442.1001

Attorneys for Defendant
AMAZON.COM, INC.

MALLISON & MARTINEZ
STAN S. MALLISON (SBN 184191)
stanm@mallisonlaw.com
HECTOR R. MARTINEZ (SBN 206336)
hectorm@themmlawfirm.com
MARCO A. PALAU (SBN 242340)
mpalau@themmlawfirm.com
JOSEPH D. SUTTON
jsutton@TheMMLawFirm.com
ERIC S. TRABUCCO (SBN 295473)
etrabucco@themmlawfirm.com
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone:     510.832.9999
Facsimile:      510.832.1101

Attorneys for Plaintiff
AMALIA VALENCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA VALENCIA, an individual, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>             v.<br><br>SMX, LLC, an Illinois Limited Liability Co., TRUEBUE, INC., a Washington Corporation, AMAZON.COM, INC., a Washington Corporation, and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 4:16-cv-02155-YGR<br><br>**STIPULATION EXTENDING DEFENDANT AMAZON.COM, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: April 21, 2016 |

GRANTED
Judge Yvonne Gonzalez Rogers
9/7/2016

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING DEFENDANT
AMAZON.COM, LLC'S
TIME TO RESPOND TO COMPLAINT
Case No. 4:16-cv-02155-YGR

Plaintiff Amalia Valencia ("Plaintiff") and Defendant Amazon.com LLC ("Amazon") (jointly with Plaintiff, the "Parties"), through their respective counsel of record herein, hereby agree and stipulate to the following:

**STIPULATION**

WHEREAS, on April 21, 2016, Plaintiff filed a complaint in this action ("Complaint");

WHEREAS, Plaintiff served the Complaint on Amazon on August 26, 2016;

WHEREAS, Amazon's initial responsive pleading is due on September 16, 2016;

NOW THEREFORE, the Parties agree and hereby stipulate, pursuant to Civil Local Rule 6-1(a), that Defendant Amazon's deadline to file its response to Plaintiff's Complaint is extended to October 17, 2016.

Dated:  September 2, 2016         MORGAN, LEWIS & BOCKIUS LLP

                                  By  */s/ Theresa Mak*
                                      Eric Meckley
                                      Theresa Mak
                                      Attorneys for Defendant
                                      AMAZON.COM, INC.

Dated:  September 2, 2016         MALLISON & MARTINEZ

                                  By  */s/ Stan S. Mallison*
                                      Stan S. Mallison
                                      Hector R. Martinez
                                      Marco A. Palau
                                      Joseph D. Sutton
                                      Eric S. Trabuco
                                      Attorneys for Plaintiff
                                      AMALIA VALENCIA

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Theresa Mak, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Plaintiff's counsel, Marco A. Palau, concurs in this filing.

                                  /s/ Theresa Mak
                                  Theresa Mak
                                  Counsel to Defendant
                                  AMAZON.COM, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION EXTENDING DEFENDANT
AMAZON.COM, LLC'S
TIME TO RESPOND TO COMPLAINT
Case No. 4:16-cv-02155-YGR