UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA VALENCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>SMX, LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-02155-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 27, 2017 at 2:00 p.m. |
| PREVIOUSLY REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | February 3, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | May 31, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: June 30, 2017<br>Rebuttal: July 20, 2017 |
| EXPERT DISCOVERY CUTOFF: | July 31, 2017 |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 19, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge